**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 29**

| | |
|---|---|
| **CORBEL INSTALLATIONS, INC.**<br><br>Charged Party<br><br>and<br><br>**COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO**<br><br>Charging Party | **Case 29-CA-090466** |

**AFFIDAVIT OF SERVICE OF APPROVED STIPULATION AND ORDER**

I, the undersigned employee of the National Labor Relations Board, state under oath that on March 28, 2013**,** I served the above-entitled document(s) by overnight mail upon the following persons, addressed to them at the following addresses:

| | |
|---|---|
| JOEL S BARRAS, Attorney<br>REED SMITH LLP<br>2400 ONE LIBERTY PLACE<br>1650 MARKET STREET<br>PHILADELPHIA, PA 19103-7301 | |
| GABRIELLE SEMEL, District Counsel<br>COMMUNICATION WORKERS OF AMERICA, DISTRICT 1 - LEGAL DEPARTMENT<br>350 7TH AVE<br>FL 18<br>NEW YORK, NY 10001-5013 | |

| | |
|---|---|
| March 28, 2013<br>Date | , Designated Agent of NLRB<br>Name |
| | Eleanora [signature]<br>Signature |